**DENIED and Opinion Filed March 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

### No. 05-19-00281-CV

_____

### IN RE INVASIX, INC., Relator

_____

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17175**

_____

## MEMORANDUM OPINION
Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Bridges

Before the Court is relator Invasix, Inc.'s petition for writ of mandamus, the response brief of real parties in interest Debbie James and Katylynn Clinich, and relator's reply brief. In this original proceeding, relator seeks a writ of mandamus directing the trial court to continue the deadlines and hearing on the real parties in interest's motion for summary judgment and to stay all trial court proceedings pending resolution of relator's special appearance.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relator has not shown it is entitled to the relief requested.

Accordingly, we deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE


190281F.P05